**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-31241

Wes Wilson, et al.,

Plaintiffs-Appellants,

VERSUS

Mobil Oil Corporation, et al.,

Defendants-Appellees.

Appeal from the United States District Court
for the Eastern District of Louisiana
(95-CV-4174-R)

January 28, 1999

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Plaintiffs-Appellants, franchisees of SpeeDee Oil Change Systems, Inc., appeal the ruling of the district court granting the defendants' motion for summary judgment. The district court concluded that the plaintiffs' tying claims failed to satisfy the requisites of federal and state antitrust laws.

Having considered the evidence in the record, the briefs, and the oral arguments, we find no reversible error in the district court's decision. Accordingly, the judgment of the district court is **AFFIRMED.**

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.